(121 So. 916)
**S. R. HARTLEY et al. v. Thomas M. LEWIS.**
(6 Div. 292.)

Supreme Court of Alabama. March 19, 1929.

PER CURIAM. Appeal dismissed by agreement.

(121 So. 916)
**T. W. HOLLEMAN v. W. B. DAVIS & SON.**
(7 Div. 873.)

Supreme Court of Alabama. April 18, 1929.

Chas. J. Scott, of Ft. Payne, for appellant. Wolfes & Crawford, of Ft. Payne, for appellee.

FOSTER, J. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(121 So. 916)
**ILLINOIS MERCHANTS' TRUST CO. v. JASPER LAND CO.** (6 Div. 390.)

Supreme Court of Alabama. April 20, 1929.

PER CURIAM. Appeal dismissed by appellant.

(121 So. 916)
**Thomas M. JONES et al. v. W. F. APPERSON.**
(6 Div. 339.)

Supreme Court of Alabama. April 16, 1929.

PER CURIAM. Appeal dismissed by agreement.

(122 So. 918)
**Carroll KNIGHT v. STATE.** (8 Div. 116.)

Supreme Court of Alabama. May 23, 1929.

O. M. Rains, of Scottsboro, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Carroll-Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Knight v. State, 122 So. 924. Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(121 So. 916)
**Joe A. LUSK v. Ernest EVANS.** (8 Div. 88.)

Supreme Court of Alabama. April 18, 1929.

O. M. Rains, of Scottsboro, for appellant. Proctor & Snodgrass, of Scottsboro, for appellee.

FOSTER, J. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(121 So. 917)
**G. W. MAYERS v. ARMOUR FERTILIZER WORKS.** (6 Div. 293.)

Supreme Court of Alabama. April 25, 1929.

PER CURIAM. Affirmed.

(122 So. 918)
**G. W. MAYERS v. REED PHOSPHATE CO.**
(6 Div. 387.)

Supreme Court of Alabama. June 6, 1929.

Rehearing Denied June 27, 1929.

R. G. Redden and O. E. Young, both of Vernon, for appellant. Sowell & Gunn, of Jasper, and Wilson Kelley, of Vernon, for appellee.

FOSTER, J. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.